# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL COMPLAINT** |
| Plaintiff, | |
| v. | Case Number: 23-mj-18 |
| **TYLER CHRISTIAN SIMS,** | |
| Defendant. | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about November 4, 2023, through and including on or about November 7, 2023, in the District of Wyoming, the Defendant, **TYLER CHRISTIAN SIMS**, did knowingly attempt to possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846.

I further state that I am a U.S. Postal Inspector with the USPIS and that this complaint is based on the following facts:

**(See attached Sworn Statement)**
Continued on the attached sheet and made a part hereof.

Signature of Complainant
RICHARD FERGON

Sworn to before me and subscribed telephonically,

| March 27, 2023 | at | Mammoth, Wyoming |
|---|---|---|
| Date | | City and State |

HON. STEPHANIE HAMBRICK
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT**
**U.S. POSTAL INSPECTOR RICHARD FERGON**
**U.S. v. TYLER CHRISTIAN SIMS**

I, Richard Fergon, after being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been so employed since May 2019, during which time I underwent a 14-week Basic Postal Inspector Training Academy at the United States Postal Inspection Service Career Development Unit located in Potomac, MD. Upon completion of the 14-week Basic Postal Inspector Training Academy, I was assigned to the United States Postal Inspection Service (USPIS) Denver Division, specifically to the Contraband Interdiction and Investigations (CI2) team in Denver, Colorado, which is responsible for investigating narcotics violations involving the United States mail. My responsibilities include the detection and prevention of the transportation of narcotics/controlled substances through the United States mail, to include, conducting narcotics investigations and executing arrests of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony) and 846 (Conspiracy to Distribute a Controlled Substance). In August 2021, I was re-assigned to the USPIS Cheyenne Domicile where my responsibilities continued to include the detection and prevention of the transportation of narcotics/controlled substances through the United States mail. Part of my training as a Postal Inspector included narcotics trafficking investigative techniques related to the identification and detection of controlled substances being transported in the United States mail.

2. Prior to my employment with USPIS, I was employed as a Criminal Investigator for the Colorado Attorney General's Office. I was assigned as a Task Force Officer (TFO) in the Drug Enforcement Administration's (DA) Tactical Diversion Squad (TDS). I was a sworn peace officer between 2005 and 2019, and first became a sworn peace officer in the State of Texas in 2005 and then the State of Colorado in 2012.

3. I have received specialized training in the investigations of illegal narcotics. I have investigated numerous felony and misdemeanor criminal cases. I have participated in investigations of individuals and organizations for violations of federal and state narcotics laws, conducted and participated in surveillance, the introduction of confidential informants, and have participated in investigations that included the interception of wire and electronic communications. I have executed search and seizure warrants where assets, documents, records, and controlled substances have been located and seized. I also have had experience in debriefing defendants, participant witnesses, informants, and other persons who have personal knowledge of the distribution of controlled substances.

4. Based on this training and experience, I am familiar with current drug trends, including smuggling, packaging, concealment techniques, common drug language, conspiracy techniques, including the use of cellular and digital communications devices, common weights and measurements, and drug identification.

5. The information contained within this affidavit is based on my personal observations, training and experience, as well as information relayed to me by other law enforcement officers involved in this investigation. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

6. Based on the facts in this affidavit, I submit probable cause exists to believe that Tyler SIMS was in violation of 21 U.S.C. §§ 846 and 21 U.S.C. §§ 843(b).

**PROBABLE CAUSE**

7. On November 4, 2022, the Honorable Kelly H. Rankin, Chief U.S. Magistrate Judge for the District of Wyoming authorized a search warrant for SUBJECT PARCEL #1.

8. SUBJECT PARCEL #1 is described as follows: One USPS Priority Mail Express parcel bearing USPS tracking number 9570 1125 0224 2306 9810 52, addressed to "1800S Beverly Apt 5, Casper WY 82609, Kesha Kehm"," with a return address of "3907 E Paseo grande, Tucson AZ 85711, Juliet Duran."  It is a white Priority Mail Express flat rate envelope; measuring approximately 12.5" x 9.5" x 4"; with a weight of approximately 2 pounds 6 ounces; mailed on November 2, 2022, from Tucson, AZ; and $27.90 in postage.

9. Subsequent to the execution of the search warrant on SUBJECT PARCEL #1, approximately 193 grams of presumptive positive methamphetamine was recovered.

10. On November 4, 2023, while acting in an undercover capacity, I attempted to deliver SUBJECT PARCEL #1 to 1800 S Beverly Apt 5, Casper, WY 82609 (the "Casper address").  I knocked on the front door of the Casper address multiple times and did not receive an answer.  As I walked away, I was approached by a male subject, later identified as Tyler SIMS. SIMS identified himself as "Chris Kehm" and he advised he was waiting for the mail to be delivered to the Casper address.  SIMS then showed me that he had the USPS tracking number SUBJECT PARCEL #1 on his cellular phone.

11. I informed SIMS that I could only deliver SUBJECT PARCEL #1 to a resident of the Casper address or the person named on the label.  SIMS made contact with a subject in apartment #3 who provided him with a key to the Casper address.  SIMS then unlocked the door to the Casper address and entered.  I then handed SIMS SUBJECT PARCEL #1 and left the area.

12. A short time later, SIMS exited the Casper address and was placed into custody by Wyoming Division of Criminal Investigation (DCI) Agents.  SUBJECT PARCEL #1 was located in SIMS backpack, which was in his possession at the time of the arrest.

13. Prior to the execution of the controlled delivery, I observed that a second parcel that appeared to be similar to SUBJECT PARCEL #1 had been shipped to the Casper address.

14. SUBJECT PARCEL #2 is described as follows: One USPS Priority Mail Express parcel bearing USPS tracking number 9570 1109 6024 2307 7619 87, addressed to "Kaysha Kehm, 1800 S Beverly Apt 5, Casper WY 82609"," with a return address of "Juliet Duran, 3907 E Paseo Grande, Tucson AZ 85711."  It is a white Priority Mail Express flat rate envelope; measuring approximately 12.5" x 9.5" x 4"; with a weight of approximately 2 pounds 8 ounces; mailed on November 3, 2022, from Tucson, AZ; and $27.90 in postage.  This parcel is currently secured at the DCI office in Casper, WY.

15. On November 7, 2022, The Honorable Kelly H. Rankin, Chief U.S. Magistrate Judge for the District of Wyoming, authorized a search warrant for SUBJECT PARCEL #2.

16. Subsequent to the execution of the search warrant on SUBJECT PARCEL #2, approximately 210 grams of presumptive positive methamphetamine was recovered.

17. The total methamphetamine seized between SUBJECT PARCEL #1 and SUBJECT PARCEL #2 was approximately 403 grams.  I know through my training and experience, that possession of this weight is typically not possessed by individual drug users but is possessed by those distributing methamphetamine.

18. DCI Agent White obtained SIMS's Natrona County Detention Center communications.  Agent White advised that prisoners being held in Natrona County are allowed to check out tablets.  He further explained that these tablets allow prisoners to communicate with people from the public via electronic messages.

19. Upon a review of the messages, Agent White observed a text message conversation between KEHM and SIMS.  SIMS stated, "I should have known, the fucking mailman was hand delivering it to the door", "Do you know why my shit got flagged, suspicious, because of the weight".

Type text here

20. In October 2022, DCI Agents interviewed a confidential information (CI) who stated that they were transporting methamphetamine from Denver, CO to Casper, WY for resale. The CI stated that they sold methamphetamine to others in the Casper, WY area who then redistributed the methamphetamine for resale. The CI identified SIMS as a sub-distributor of methamphetamine that he/she had sold methamphetamine to.

21. On November 9, 2022, DCI Agents interviewed a confidential source who advised SIMS mother was selling methamphetamine. The source believed that SIMS provided the methamphetamine for his mother to sell.

22. DCI Agent Paschke obtained SIMS CashApp information. CashApp is a mobile financial platform that allows the digital transfer of currency. Agent Paschke observed that SIMS sent payments to Michael ALLISON who was a residence of Tucson, Arizona and had previously resided in Casper, Wyoming.

23. I accessed USPS databases and observed that the Casper address had received a total of five USPS Priority Mail Express Parcels from Tucson, Arizona. Agent Paschke observed that payments from SIMS to ALLISON corresponded closely to the dates for which packages were sent to SIMS, containing or suspected of containing, methamphetamine.

**END OF SWORN STATEMENT**

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | TYLER CHRISTIAN SIMS |
| **DATE:** | March 27, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846** (Attempt to Possess with Intent to Distribute Methamphetamine)<br><br>0-20 Years Imprisonment<br>Up To $1,000,000 Fine<br>Nlt 3 Years To Life Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Richard Fergon, USPIS |
| **AUSA:** | Michael J. Elmore, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |